UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRUCE SAVINELLI,

                    Petitioner,

    -against-

DEP. MAHONEY, Acting Superintendent,

                    Respondent.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0638 (ARR)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 2 2 2006 ★
TIME A.M. / P.M.

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 17, 2006, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claim; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claim.

Dated: Brooklyn, New York
       August 18, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court